NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE PREMA JYOTHI LIGHT**

---

2014-1597

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 76/293,326.

-------------------------------------------------------------------

**IN RE PREMA JYOTHI LIGHT**

---

2014-1598

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 76/293,327.

---

**ON MOTION**

---

Before PROST, *Chief Judge*.

**O R D E R**

In each of the above-captioned appeals, Prema Jyothi Light moves for leave to proceed *in forma pauperis* and applies for an exemption from the user fees associated

with the Public Access to Court Electronic Records ("PACER") system.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions for leave to proceed *in forma pauperis* are granted.

(2) The applications for an exemption from the fees for accessing documents on PACER are denied.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s24